AO 91 (Rev. 08/09) Criminal Complaint

Filed 7-14-17
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>JAMES AMOS HEADLEY<br><br>Defendant(s) | )<br>)<br>) Case No. SA:17-MJ-0796<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __JULY 13, 2017__ in the county of __BEXAR__ in the __WESTERN__ District of __TEXAS, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 115(a)(1)(B) | Did threaten to assault and murder a person whose initials are T.C., an official whose killing would be a crime under 18 U.S.C. sec. 1114, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties and with intent to retaliate against such official on account of the performance of official duties. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

RONDA CLARK, FBI SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/14/2017

_____
Judge's signature

City and state: SAN ANTONIO, TX

ELIZABETH S. CHESTNEY
Printed name and title

Maximum penalties: 10 years' imprisonment; $250,000 fine; 3 years' supervised release; $100 mandatory special assessment

AFFIDAVIT - ATTACHMENT TO CRIMINAL COMPLAINT

*United States v. James Amos Headley*

I, RONDA CLARK, do hereby state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since November 2016. My current assignment is to the San Antonio Field Office in San Antonio, Texas. I have received training in conducting criminal investigations at the FBI Academy. As part of my duties, I investigate violent crimes to include bank robberies and crimes on government reservations. I have participated in investigations involving persons who used threats or inappropriate communications directed at a United States Official, a violation of Title 18 U.S.C § 115(a)(1)(B). I also investigate violations of Title 18 U.S.C § 1114, Protection of officers and employees of the United States.

2. The facts contained in this Affidavit are based on information I gathered personally and received from other agents and sources of information. The investigation into the criminal conduct alleged herein revealed the following:

    a. JAMES AMOS HEADLEY (hereinafter "the Defendant") was born in 1958 and has lived in the 100 block of Oakside in San Antonio, Texas, since on or about the year 2000. This location is within the Western District of Texas.

    b. On or about September 2008 the Defendant's wife contacted the Universal City Police Department to report that she and her husband were having an argument at their home on Oakside in San Antonio, Texas. She reported that her husband went into the bedroom to retrieve one of his rifles. He then brought it into the living room and sat down on the couch, placing the rifle next to him.

    c. On or about July 11, 2017 a threatening voicemail was left on the voicemail box of a United States Official in Washington, D.C. whose initials are T.C. On July 13, 2017, the voicemail was retrieved by a member of T.C.'s staff from a telephone system located at the U.S. Capitol complex in Washington, DC. Capitol Police were informed of the message which was traced back to a San Antonio area code. The phone number associated with the voice mail is 210-889-5xxx. Capitol Police ran the phone number through open source law enforcement databases and found the telephone number came back to the Defendant. Capitol Police then notified FBI in San Antonio, Texas, for further investigation.

    d. This Affiant has listened to the message. During the message, a male caller states: "Pretty soon you're gonna be runnin for your life, just hope your family is not with ya because I'm not gonna insult them, I'm gonna kill them, right after I shoot you right in front of them..." The Defendant's name was run through open source law enforcement databases by Agents and found the Defendant lived at the 100 block of Oakside.

    e. Later that day on July 13, 2017, several FBI agents, Task Force Officers and

uniformed police officers approached the Defendant's residence at the 100 block of Oakside. The interviewing agent confirmed the voice of the Defendant sounded similar to the voicemail message left on the voicemail box of T.C. Another agent placed a phone call to cellular telephone 210-889-5xxx and while Agent's and TFO's were detaining the Defendant the cellular phone could be heard ringing inside the Defendant's residence. While conducting a protective sweep of the house with the Defendant's consent, another phone call was placed to 210-889-5xxx and the phone could be heard ringing inside the Defendant's residence.

f. Defendant was detained and given his Miranda warnings. He agreed to waive those rights and talk to the Agents about why they were there. Defendant admitted to having called T.C.'s office and leaving the threatening message. Defendant said he mowed his yard Tuesday, July 11, 2017 in the morning, came in his house to rest and started watching the news. Defendant told agents he was upset with T.C.'s position on different policies and decided to call and leave a message demonstrating an intent to impede and intimidate a U.S. Official. The Defendant admitted to being in San Antonio at the time the call was placed to T.C. The Defendant admitted to having a Beretta handgun in his residence.

3. The foregoing is true and correct to the best of my knowledge, information, and belief.

RONDA CLARK
FBI Special Agent

Sworn to before me on July 14th, 2017, and finding probable cause supports the arrest of the Defendant:

ELIZABETH S. CHESTNEY
United States Magistrate Judge