UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2017 AUG -2 PM 1:07
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>v.<br><br>JAMES AMOS HEADLEY,<br><br>*Defendant.* | § **INDICTMENT**<br>§<br>§<br>§ Case No.: _____<br>§ SA17CR 608 XR<br>§<br>§<br>§ [Count 1:   18 U.S.C. §§115(a)(1)(B) and<br>§ 115(b)(4), Influencing a Federal Official by<br>§ Threat;<br>§ Count 2:   18 U.S.C. §§115(a)(1)(A) and<br>§ 115(b)(4)]<br>§ |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. §115(a)(1)(B) and 115(b)(4)]

On or about July 11, 2017, in the Western District of Texas, and elsewhere, the Defendant,

**JAMES AMOS HEADLEY**,

did threaten to murder T.C., a Member of Congress, with intent to impede and intimidate T.C. while he was engaged in the performance of his official duties, and to retaliate against T.C. on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

### COUNT TWO
[18 U.S.C. §115(a)(1)(A) and 115(b)(4)]

On or about July 11, 2017, in the Western District of Texas, and elsewhere, the Defendant,

**JAMES AMOS HEADLEY,**

did threaten to murder the immediate family of T.C., a Member of Congress, with intent to impede and intimidate T.C. while he was engaged in the performance of his official duties, and to retaliate against T.C. on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 115(a)(1)(A) and 115(b)(4).

A TRUE BILL

_____
JURY FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
BETTINA J. RICHARDSON
Assistant United States Attorney